# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA BROWN, | ) |
| Movant, | ) |
| v. | ) No. 4:24-cv-01563 SEP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Movant Joshua Brown is currently incarcerated in federal custody after being sentenced by this Court on August 9, 2024, to a total term of imprisonment of 168 months. *United States v. Brown*, No. 4:20-cr-00740 SEP (E.D. Mo. Aug. 9, 2024). Brown has filed a letter indicating that he believes he was not adequately represented by counsel which the Court construes as a motion seeking relief under 28 U.S.C. § 2255. *See* Doc. [1]. However, the letter is defective as a § 2255 motion because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send Brown the Court form for filing § 2255 motions, and he will have 30 days to file an amended motion on the form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that Movant shall file an amended motion on the Court-provided form within **30 days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 16th day of December, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE