## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOSHUA BROWN, | ) |
| Movant, | ) |
| v. | ) No. 4:24-cv-01563 SEP |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

Movant Joshua Brown moves for a thirty-day extension of time to file an amended motion to vacate on a Court-provided form. Doc. [4]. For good cause shown, the motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's motion for a thirty-day extension of time to file his amended motion to vacate on a Court-provided form, Doc. [4], is **GRANTED**.

**IT IS FURTHER ORDERED** that Movant shall file an amended motion on the Court-provided form within **thirty days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 22nd day of January, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE